**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

Joshua Banks,                                                    Civil No. 07-1760 (RHK/JSM)

          Plaintiff,                              **ORDER OF DISMISSAL**

v.

Apria Healthcare, Inc.

          Defendant.

Pursuant to the Stipulation of Dismissal of the parties (Doc. No. 8), it is hereby **ORDERED** that this action, including all claims and counterclaims, is **DISMISSED WITH PREJUDICE**. Each party is to bear its own attorney's fees, costs and disbursements.

     **LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: October 18, 2007

                                                         s/Richard H. Kyle
                                                         RICHARD H. KYLE
                                                         United States District Judge